**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
Jeremy S. Goldman (SBN 306943)
Sarah G. Hartman (SBN 281751)
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

*Attorneys for Defendant Scholastic, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH SOHM,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOLASTIC, INC.,<br><br>    Defendant. | CASE NO. 2:16-cv-03777-E<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER** |

Date:         September 12, 2016
Time:        1:30 p.m.
Courtroom:   6
Judge:        Stephen V. Wilson
Date Filed:   May 31, 2016
Date Served: July 5, 2016
Trial Date:    None set

**TO ALL PARTIES, THE COURT AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 12, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom No. 6 of the above entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, Defendant Scholastic, Inc. ("Scholastic") will and hereby does move the Court for an order dismissing Plaintiff Joseph Sohm ("Plaintiff")'s Complaint in this action under Federal Rule of Civil Procedure 12(b)(6), or in the alternative, to transfer venue to the United States District Court for the Southern District of New York.

Plaintiff's Complaint, asserting one claim for copyright infringement against Scholastic, should be dismissed because Plaintiff does not allege facts sufficient to state a claim. Instead, Plaintiff's claim is based on pure speculation. Plaintiff fails to identify by what acts and during what time frame Scholastic purportedly infringed his copyrights. Moreover, Plaintiff is not entitled to use the litigation process to obtain an audit of Scholastic's uses of his photographs. Thus, Plaintiff's Complaint should be dismissed in its entirety, with prejudice.

In the alternative, Plaintiff's Complaint should be transferred to the United States District Court for the Southern District of New York because the forum selection clause in the relevant agreements apply to Plaintiff's claim and require this case to be heard in the Southern District of New York. Additionally, the convenience of the parties, the convenience of witnesses, and the interest of justice warrant transfer.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Jeremy S. Goldman, Declaration of Christopher Lick, all pleadings and files in this matter and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the heading on this Motion.

///
///
///

1 |       This Motion is made following the conference of counsel pursuant to Central District of California Los Rule 7-3, which took place on July 26, 2016.  During that conference, the parties discussed the grounds for this Motion, and Plaintiff's counsel indicated that they would oppose the relief requested.

Dated: August 9, 2016

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By: */s/ Sarah G. Hartman*
                              Jeremy S. Goldman (SBN 306943)
                              Sarah G. Hartman (SBN 281751)
                              2029 Century Park East, Ste. 1060
                              Los Angeles, CA 90067
                              Phone:  (310) 579-9600
                              Fax:  (310) 579-9650
                              jgoldman@fkks.com
                              shartman@fkks.com

                              *Attorneys for Defendant Scholastic Inc.*